| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FINAL FILING | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Boyle, E. Thomas | 2. Court or Organization<br><br>U.S. District Court-E.D.N.Y. | 3. Date of Report<br><br>09/18/2013 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Full-time Magistrate Judge | 5a. Report Type (check appropriate type)<br>☐ Nomination    Date<br>☐ Initial    ☐ Annual    ☑ Final<br><br>5b. ☐    Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>07/31/2013 |
| 7. Chambers or Office Address<br><br>United States Courthouse<br>834 Federal Plaza<br>Central Islip, New York 11722 | | |
| **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* | | |

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, E. Thomas | 09/18/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, E. Thomas | 09/18/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, E. Thomas | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Suffolk Co. Credit Union | A | Interest | K | T | | | | | |
| 2. HSBC (formerly Marine Midland Bank) | A | Interest | J | T | | | | | |
| 3. IRA # 1: Vanguard-IRA- Prime Money Market | A | Dividend | K | T | Sold (part) | 04/30/13 | J | A | |
| 4. - Vanguard IRA-Short Term Investment Grade Fund | A | Dividend | J | T | | | | | |
| 5. - Vanguard Equity Inc. Fund | A | Dividend | J | T | | | | | |
| 6. - Vanguard Intermidiate Term Bond Index | A | Dividend | K | T | Sold (part) | 01/02/13 | J | | |
| 7. - Vanguard Mid-Cap Growth Index Admiral | A | Dividend | K | T | | | | | |
| 8. - Vanguard Total International Stock Index | A | Dividend | K | T | | | | | |
| 9. - Vanguard 500 Index Fund Admiral | A | Dividend | K | T | Buy | 01/02/13 | K | | |
| 10. - Vanguard GNMA Fund | A | Dividend | | | Sold | 06/10/13 | J | A | |
| 11. - Vanguard Short Term Bond Index | A | Interest | K | T | | | | | |
| 12. - Vanguard Emerging Markets | A | Dividend | K | T | | | | | |
| 13. - Vanguard Energy Fund | A | Dividend | J | T | | | | | |
| 14. - Vanguard Small Cap Growth Index | A | Dividend | K | T | Buy | 06/10/13 | K | | |
| 15. IRA #2: Mid-Cap Index Fund | A | Dividend | J | T | Buy | 06/10/13 | J | | |
| 16. - Vanguard Short Term Investment Grade Fund | A | Dividend | J | T | | | | | |
| 17. - Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, E. Thomas | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Vanguard Small Cap Index | A | Dividend | J | T | | | | | |
| 19. ▓▓▓ Vanguard Prime Money Market | A | Interest | J | T | Sold (part) | 04/30/13 | J | A | |
| 20. - Vanguard Prime Money Market | A | Interest | J | T | Sold (part) | 06/26/13 | J | A | |
| 21. - Vanguard Prime Money Market | A | Interest | J | T | Sold (part) | 05/13/13 | J | A | |
| 22. - Vanguard 500 Index Fund | A | Dividend | J | T | | | | | |
| 23. ▓▓▓ Vanguard Target Retirement Index | A | Dividend | K | T | | | | | |
| 24. - Vanguard Short Term Treasury | A | Dividend | J | T | | | | | |
| 25. - Vanguard Short Term Treasury | A | Dividend | J | T | Buy | 05/24/13 | J | | |
| 26. - Vanguard REIT Index Fund | A | Dividend | J | T | Buy | 06/18/13 | J | | |
| 27. - Vanguard Federal Money Market | A | Dividend | J | T | | | | | |
| 28. ▓▓▓ Vanguard Balanced Index Fund | A | Interest | L | T | Buy | 01/02/13 | K | | |
| 29. - Vanguard Balanced Index Fund | A | Interest | L | T | Sold (part) | 03/20/13 | J | A | |
| 30. - Vanguard 500 Index Fund | A | Interest | K | T | Buy | 01/02/13 | K | | |
| 31. - Vanguard Prime Money Market | A | Interest | J | T | Sold (part) | 01/02/13 | L | A | |
| 32. - Vanguard Prime Money Market | A | Interest | J | T | Sold (part) | 07/08/13 | J | A | |
| 33. - Vangruard Prime Money Market | A | Interest | J | T | Buy | 07/01/13 | J | | |
| 34. - Vanguard Prime Money Market | A | Interest | J | T | Sold (part) | 06/10/13 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, E. Thomas | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Vanguard Prime Money Market | A | Interest | J | T | Buy | 05/31/13 | J | | |
| 36. - Vanguard Prime Money Market | A | Interest | J | T | Buy | 05/31/13 | J | | |
| 37. - Vanguard Prime Money Market | A | Interest | J | T | Sold (part) | 05/28/13 | J | A | |
| 38. - Vanguard Prime Money Market | A | Interest | J | T | Buy | 05/01/13 | J | | |
| 39. - Vanguard Prime Money Market | A | Interest | J | T | Buy | 04/01/13 | J | | |
| 40. - Vanguard Prime Money Market | A | Interest | J | T | Sold (part) | 03/06/13 | J | A | |
| 41. - Vanguard Prime Money Market | A | Interest | J | T | Buy | 03/01/13 | J | | |
| 42. - Vanguard Prime Money Market | A | Interest | J | T | Buy | 02/01/13 | J | | |
| 43. - Vanguard Prime Money Market | A | Interest | J | T | Buy | 01/02/13 | J | | |
| 44. - Vanguard Short Term Investment Grade Fund | A | Interest | J | T | Sold (part) | 04/01/13 | J | A | |
| 45. - Vanguard Short Term Investment Grade Fund | A | Interest | J | T | Sold (part) | 03/20/13 | J | A | |
| 46. - Rollover - Vanguard Prime Money Market | A | Interest | L | T | Sold (part) | 06/10/13 | J | A | |
| 47. - Vanguard Prime Money Market | A | Interest | J | T | Sold (part) | 05/24/13 | J | A | |
| 48. - Vanguard Federal Money Market | A | Interest | J | T | | | | | |
| 49. - Vanguard Short Term Investment Grade Fund | A | Interest | J | T | Sold (part) | 06/10/13 | J | A | |
| 50. - Vanguard Mid-Cap Index Fund | A | Interest | J | T | Buy | 06/10/13 | J | | |
| 51. - Vanguard Small Cap Index Fund | A | Interest | K | T | Buy | 06/10/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, E. Thomas | 09/18/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.   - IRA (*Traditional): Vanguard 500 Index Fund | A | Interest | L | T | Buy | 06/10/13 | K | | |
| 53.   - Short Term Investment Grade Fund | A | Interest | J | T | Sold (part) | 06/10/13 | K | A | |
| 54.   - Short Term Investment Grade Fund | A | Interest | J | T | Sold (part) | 05/24/13 | J | A | |
| 55.   - Vanguard Federal Money Market | A | Interest | J | T | | | | | |
| 56.   NY 529 College Sav. Direct Plan Benef.- Vanguard Mut. Funds | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, E. Thomas | 09/18/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In response to the letter dated August 1, 2013, the "Vanguard Short Term Treasury" listed in Part VIII, page 7, line 55 of my 2012 report was inadvertently omitted from the prior report.

| Name of Person Reporting | Date of Report |
|---|---|
| Boyle, E. Thomas | 09/18/2013 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ E. Thomas Boyle

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544